IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA A. HOLMAN and RONNIE D. HOLMAN, husband and next friend, | ) ) ) | |
| Plaintiffs, | ) ) | No. C06-2080-EJM |
| vs. | ) ) | ORDER |
| BLOOD CENTER OF IOWA, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on defendant's unresisted Motion to Dismiss Ronnie D. Holman, filed November 3, 2006. Granted.

On October 10, 2006, plaintiffs filed this action in the Iowa District Court for Black Hawk County seeking redress for claimed employment discrimination in violation of the Family and Medical Leave Act, 29 USC §2601 et seq., and the Americans with Disabilities Act, 42 USC §12101 et seq. On October 27, 2006, defendant removed the matter to this court pursuant to 28 USC §1441. The court has jurisdiction pursuant to 28 USC §1331.

Defendant seeks dismissal of Ronnie Holman pursuant to FRCP 12 and 21. The unresisted motion shall be granted. LR 7.1.f.

It is therefore

ORDERED

Granted.  Dismissed as to Ronnie D. Holman.

December 18, 2006.

_Edward J. McManus_
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT